Jordan v New York City Hous. Auth. (2025 NY Slip Op 00311)

Jordan v New York City Hous. Auth.

2025 NY Slip Op 00311

Decided on January 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
HELEN VOUTSINAS
LOURDES M. VENTURA, JJ.

2023-01901
 (Index No. 518391/17)

[*1]Linda Jordan, appellant, 
v
New York City Housing Authority, respondent.

Harris Keenan & Goldfarb PLLC, New York, NY (Judith Stempler and Jason Steinberg of counsel), for appellant.
Cullen and Dykman LLP, New York, NY (Diana Neyman of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Rachel E. Freier, J.), dated January 23, 2023. The order, insofar as appealed from, denied those branches of the plaintiff's motion which were to certify that discovery was complete and for permission to file a note of issue and barred the plaintiff from filing a note of issue until the hearing and determination of a related appeal in this action (see Jordan v New York City Housing Authority, ____ AD3d ____ [Appellate Division Docket No. 2023-04921; decided herewith]).
ORDERED that the order is affirmed insofar as appealed from, with costs.
The plaintiff commenced this action against the defendant to recover damages for personal injuries she alleged she sustained when she tripped and fell in 2016 on a sidewalk abutting the defendant's property. Thereafter, the plaintiff moved, inter alia, to certify that discovery was complete and for permission to file a note of issue. The Supreme Court denied those branches of the motion and barred the plaintiff from filing a note of issue until the hearing and determination of a related appeal in this action (see Jordan v New York City Housing Authority, ____ AD3d ____ [Appellate Division Docket No. 2023-04921; decided herewith]). The plaintiff appeals. We affirm insofar as appealed from.
In light of the pendency of a related appeal in this action (see id., ____ AD3d ____ [Appellate Division Docket No. 2023-04921; decided herewith]) involving a discovery issue, the Supreme Court providently exercised its discretion in denying those branches of the plaintiff's motion which were to certify that discovery was complete and for permission to file a note of issue and in barring the plaintiff from filing a note of issue until the hearing and determination of the related appeal in this action (see 22 NYCRR 202.21; Asprou v Hellenic Orthodox Community of Astoria, 185 AD3d 638, 639).
DUFFY, J.P., WOOTEN, VOUTSINAS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court